

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00453-CV

**GUILLERMO BENAVIDES GARZA INVESTMENT CO.**, Manuel A. Benavides, and
Norma Z. Benavides,
Appellants

v.

Guillermo **BENAVIDES, Z.**, Individually and Derivatively on behalf of GBG Ranch, LTD,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVF-00194-D1
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of July 2, 2013, granting a temporary injunction is REVERSED and the temporary injunction is DISSOLVED.

We ORDER that the appellants, Guillermo Benavides Garza Investment Co., Manuel A. Benavides, and Norma Z. Benavides, recover the costs of this appeal from the appellee, Guillermo Benavides, Z., Individually and Derivatively on behalf of GBG Ranch, LTD.

SIGNED July 9, 2014.

_____
Luz Elena D. Chapa, Justice